UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMPLETE EXCAVATING AND DEMOLITION, INC. and DAVID DIGIROLAMO, *individually*,<br><br>　　　　Defendants. | Case No. 08-cv-803-JPG |

## JUDGMENT

This matter having come before the Court, Defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of Plaintiff Central Laborers' Pension, Welfare and Annuity Funds and against Defendants Complete Excavating and Demolition, Inc. and David Digirolamo, in his individual capacity, in the amount of one thousand, five hundred, three dollars and ninety-three cents ($1,503.93), plus attorneys' fees and costs in the amount of two thousand, three hundred, twenty-three dollars and sixty-six cents ($2,323.66).

**NANCY ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

**Date: October 15, 2010**

**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**